# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 30, 2026

_____

RESPONSE REQUESTED

_____

No.  26-1648 (L),    Courthouse News Service v. Edward Jewett
                    1:25-cv-00075-JPJ-PMS

TO:    Karl R. Hade
       Brenda  Hamilton
       Edward  Jewett
       Kelly  Flannagan

RESPONSE DUE: 07/02/2026

Response is required to the motion to expedite on or before 07/02/2026.

A. Walker, Deputy Clerk
804-916-2702