# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NO. 26-1648 (L)
## (1:25-CV-00075-JPJ-PMS)

COURTHOUSE NEWS SERVICE; LEE ENTERPRISES, INCORPO-RATED; LEE BHM, LLC, Publisher of the Richmond Times-Dispatch, The Roanoke Times, Bristol Herald Courier, Lynchburg News and Advance, Fredericksburg Freelance Star and The Daily Progress

>    *Plaintiffs – Appellees*

v.

EDWARD JEWETT, in his official capacity as Clerk of the Circuit Court for the City of Richmond, Virginia; BRENDA HAMILTON, in her official capacity as Clerk of the Circuit Court for the City of Roanoke, Virginia; KELLY FLANNAGAN, in her official capacity as Clerk of the Circuit Court for the City of Bristol, Virginia

>    *Defendants – Appellants*

and

KARL R. HADE, in his official capacity as Executive Secretary of the Office of Executive Secretary of the Supreme Court of Virginia,

>    *Defendant – Appellant.*

## <u>APPELLANTS EDWARD JEWETT,<br>BRENDA HAMILTON, AND KELLY FLANNAGAN'S<br>MOTION TO SUSPEND BRIEFING</u>

Edward Jewett, in his official capacity as Clerk of the Circuit Court for the City of Richmond, Virginia, Brenda Hamilton, in her official capacity as Clerk of the Circuit Court for the City of Roanoke, Virginia, and Kelly Flannagan, in her official capacity as Clerk of the Circuit Court for the City of Bristol, Virginia ("Appellants"), by counsel, move this Court to suspend the briefing schedule in this matter pending the Court's decision on their companion Petition for Permission to Appeal (Record No. 26-199).

In support, Appellants state the following:

1. This appeal, brought as a matter of right pursuant to the collateral order doctrine, relates to the district court's decision that the defendants are not entitled to sovereign immunity from the plaintiffs' First Amendment challenge to Virginia Code § 17.1-693.

2. The appeal was docketed on May 26, 2026 (Doc. No. 2), and promptly consolidated with Appellant Karl Hade's appeal (Doc. No. 3).

3. In late June, Appellees moved to expedite the Court's decision (Doc. No. 25-1). On July 7, 2026, the Court "denie[d] acceleration of the briefing schedule and defer[red] further consideration of the motion to expedite pending assignment to a panel." Doc. No. 30.

4. After the plaintiffs filed their Motion to Expedite, but before this Court ruled on it, the district court certified two additional issues for appeal pursuant to 28 U.S.C. § 1292(b). *See* ECF Nos. 94 and 95.

5. The certified issues relate to the plaintiffs' standing to assert their First Amendment claim, and whether Virginia Code § 17.1-693(H) constitutes a prior restraint on speech such that strict scrutiny would apply to assessing its constitutionality. *See id.*

6. Six days after this Court's denial of the Motion to Expedite, Appellants timely filed their Petition for Permission to Appeal pursuant to 28 U.S.C. § 1292(b) and Federal Rule of Appellate Procedure 5. *See* Record No. 26-199, Doc. No. 2.

7. As that Petition argues, the two certified issues are related to—and merit this Court's attention at the same time as—the sovereign immunity question on appeal here. All three issues raise critical and overlapping legal questions that will determine whether the plaintiffs' First Amendment challenge proceeds, and under what analytical framework it would be litigated.

8. Plaintiffs-Appellees response to the Petition for Permission to Appeal is due on or before July 24, 2026. *See* Record No. 26-199, Doc. No. 3.

9. This Court then entered a Briefing Order in this appeal on July 15, 2026. Doc. No. 31. Pursuant to the Briefing Order, Appellants' opening brief is due on or before August 24, 2026.

10. If this Court grants the Petition for Permission to Appeal, the Appellants intend to ask this Court to consolidate the appeals for judicial efficiency, consistency, and clarity. This would allow the parties to brief and argue the issues together, and this Court to consider and rule on them together.

11. Without a suspension of the briefing schedule, if this Court grants the Petition for Permission to Appeal, the parties may be briefing and arguing the related issues on different timelines.

12. To allow this Court to rule on the Petition for Permission to Appeal and any subsequent consolidation request, the Appellants now ask that the Court suspend the briefing schedule in this matter.

13. The undersigned conferred with counsel prior to filing this Motion. Appellant Karl Hade consents to the relief requested in this Motion, but the plaintiffs/appellees do not.

For these reasons, Appellants ask the Court to grant this Motion and suspend the briefing schedule.

/s/ John P. O'Herron
William W. Tunner (VSB No. 38358)
William D. Prince IV (VSB No. 77209)
John P. O'Herron (VSB No. 79357)
Rachel W. Adams (VSB No. 92605)
Peter S. Askin (VSB No. 93371)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
joherron@t-mlaw.com
radams@t-mlaw.com
paskin@t-mlaw.com

*Counsel for Appellees Edward Jewett,*
*Brenda Hamilton, and Kelly Flanagan*

4

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on July 22, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

I also certify that this Motion complies with Federal Rules of Appellate Procedure 27 and 32 because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14pt Century Schoolbook, and because it contains less than 5200 words.

/s/ John P. O'Herron
John P. O'Herron (VSB No. 79357)