# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 22, 2026

_____

RESPONSE REQUESTED

_____

No.  26-1648 (L),    <u>Courthouse News Service v. Edward Jewett</u>
    1:25-cv-00075-JPJ-PMS

TO:    Lee Enterprises, Incorporated
    Courthouse News Service
    Lee BHM, LLC

RESPONSE DUE: 08/03/2026

Response is required to the motion to suspend on or before 08/03/2026.

R. Phillips, Deputy Clerk
804-916-2702