FILED: August 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1648 (L)
(1:25-cv-00075-JPJ-PMS)

_____

COURTHOUSE NEWS SERVICE; LEE ENTERPRISES, INCORPORATED;
LEE BHM, LLC, Publisher of the Richmond Times-Dispatch, The Roanoke
Times, Bristol Herald Courier, Lynchburg News and Advance, Fredericksburg
Freelance Star and The Daily Progress

              Plaintiffs - Appellees

v.

EDWARD JEWETT, in his official capacity as Clerk of the Circuit Court for the
City of Richmond, Virginia; BRENDA HAMILTON, in her official capacity as
Clerk of the Circuit Court for the City of Roanoke, Virginia; KELLY
FLANNAGAN, in her official capacity as Clerk of the Circuit Court for the City
of Bristol, Virginia

              Defendants - Appellants

 and

KARL R. HADE, in his official capacity as Executive Secretary of the Office of
Executive Secretary of the Supreme Court of Virginia

              Defendant

_____

O R D E R

_____

Upon consideration of submissions relative to appellants' motion to suspend

briefing, the court grants the motion to suspend briefing pending further order of the court.

For the Court

/s/ Nwamaka Anowi, Clerk