**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 22, 2026

---

RESPONSE REQUESTED

---

No. 26-1648 (L), Courthouse News Service v. Edward Jewett
1:25-cv-00075-JPJ-PMS

TO: Karl R. Hade
Brenda Hamilton
Edward Jewett
Kelly Flannagan

RESPONSE DUE: 11/02/2026

Response is required to appellees' conditional request for judicial notice on or before 11/02/2026.

A. Walker, Deputy Clerk
804-916-2702