**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 2, 2026

---

DOCKET CORRECTION NOTICE

---

No. 26-1648 (L), Courthouse News Service v. Edward Jewett
1:25-cv-00075-JPJ-PMS

TO: Karl R. Hade

FILING CORRECTION DUE: November 3, 2026

Please make the correction identified below and file a corrected document by the date indicated.

---

[ x ] Incorrect event used. Please refile document using **response/answer (to motion/request).**

A. Walker, Deputy Clerk
804-916-2702